ATLANTIC CITY GAS AND WATER COMPANY, complainant-appellant,

*v.*

CONSUMERS GAS AND FUEL COMPANY et al., defendants-respondents.

[Argued June 15th, 1908.    Decided June 15th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *72 N. J. Eq.* (*2 Buch.*) *346.*

*Messrs. Thompson & Cole,* for the appellant.

*Mr. Charles L. Corbin,* for the respondents.

PER CURIAM.

This was an injunction bill. An application for a preliminary injunction was heard by Vice-Chancellor Bergen, who denied it for reasons expressed by him in an opinion reported in *70 N. J. Eq.* (*4 Robb.*) *536.* The cause was afterwards submitted on final hearing to Vice-Chancellor Leaming upon the same testimony. He concurred in the views of Vice-Chancellor Bergen, and advised the dismissal of the bill of complaint.

We likewise concur, and the decree of dismissal should be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BOGERT, VROOM, GREEN, GRAY, DILL—11.

*For reversal*—None.

# CASES

ADJUDGED IN

# THE COURT OF CHANCERY

OF

## THE STATE OF NEW JERSEY.

### MAY TERM, 1908.

---

MAHLON PITNEY, CHANCELLOR.